IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THE POINTE APARTMENTS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:17-CV-4483-AT |
| CARYL TOWNS and All Other Occupants, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation ["R&R," Doc. 3] that this case be remanded to the Magistrate Court of DeKalb County for lack of federal jurisdiction.[1]

No objections have been filed in response to the Magistrate Judge's Report and Recommendation.[2] Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the

---

[1] Plaintiff, who is proceeding pro se, previously filed a "Notice of Appeal" on December 5, 2017, over three weeks after the R&R was entered. She stated in the Notice of Appeal that she "appeals the order and recommendation entered in the US District Court for the Northern District of Georgia Atlanta division. . . . that this case should be remanded . . . ." (Doc. 5.) At the time Plaintiff filed the "Notice of Appeal," however, the Court had not yet entered an order on the Magistrate Judge's R&R, and Plaintiff had not filed any objections to the R&R.
 This Court administratively closed the case pending the Eleventh Circuit's decision on appeal. On April 3, 2018, the Eleventh Circuit dismissed Plaintiff's appeal for lack of jurisdiction as the Magistrate Judge's R&R was not a final or otherwise appealable order. Accordingly, this case was re-opened on April 20, 2018.
[2] Plaintiff's "Notice of Appeal" on December 5, 2017 does not assert grounds for objecting to the R&R, so the Court does not construe it as an objection. The Court therefore reviews the R&R under the clear error standard.

Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. For the reasons stated in Magistrate Judge's Report and Recommendation, this case is **REMANDED** to the Magistrate Court of DeKalb County.

**IT IS SO ORDERED** this 20th day of April, 2018.

_____
**Amy Totenberg**
**United States District Judge**